CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUN 14 2013
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM FRANKLIN MARSHALL, JR., ) | Civil Action No. 7:13-cv-00205 |
|    Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OFFICER CREASY, <u>et al.</u>, ) | By: Hon. Jackson L. Kiser |
|    Defendants. ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 14th day of June, 2013.

                                                      /s/ Jackson L. Kiser
                                                    Senior United States District Judge